**James B. THOMPSON, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2009–7070.**

United States Court of Appeals, Federal Circuit.

Oct. 13, 2009.

Peter J. Sarda, Creech Law Firm, P.A., of Raleigh, North Carolina, argued for claimant-appellant.

Martin F. Hockey, Jr., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Martie S. Adelman, Attorney, Of-

fice of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Before MAYER, LOURIE, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.